| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| SOUTHERN DISTRICT OF FLORIDA | |
| Case number *(if known)* _____  Chapter  **11** | |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Nice Car, Inc. | |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 59-1716416 | |
| 4. | **Debtor's address** | **Principal place of business**  **5813 Funston Street**  **Hollywood, FL 33023**  Number, Street, City, State & ZIP Code  **Broward**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | https://nicecar1977.com/ | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor  **Nice Car, Inc.**                                                        Case number (*if known*) _____
         Name

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>■ None of the above<br><br>B. *Check all that apply*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.<br>____ |
| **8.** **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11. *Check all that apply*:<br>   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).<br>   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☐ A plan is being filed with this petition.<br>   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br>If more than 2 cases, attach a separate list. | ■ No.<br>☐ Yes.<br><br>District _____  When _____  Case number _____<br>District _____  When _____  Case number _____ |
| **10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br>List all cases. If more than 1, attach a separate list | ■ No<br>☐ Yes.<br><br>Debtor _____  Relationship _____<br>District _____  When _____  Case number, if known _____ |

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 2

| Debtor | Nice Car, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**  .  *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Nice Car, Inc.**          Case number (*if known*) _____
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 24, 2017**
              MM / DD / YYYY

X **/s/ Steven Kerzer**                              **Steven Kerzer**
Signature of authorized representative of debtor     Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Robert F. Reynolds**                         Date **April 24, 2017**
Signature of attorney for debtor                          MM / DD / YYYY

**Robert F. Reynolds**
Printed name

**Slatkin & Reynolds, P.A.**
Firm name

**One East Broward Boulevard**
**Suite 609**
**Ft. Lauderdale, FL 33301**
Number, Street, City, State & ZIP Code

Contact phone **954.745.5880**      Email address **info@slatkinreynolds.com**

**174823**
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

Fill in this information to identify the case:

Debtor name: **Nice Car, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF FLORIDA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders      12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ben Karnefsky** 9214 NW 81st Place Tamarac, FL 33321 | | Loan to Debtor | | | | $125,000.00 |
| **David Tepper** c/o John Agnetti, Esq. 909 North Miami Beach Blvd. Suite 201 Miami, FL 33162-3712 | | Loan to Debtor - Creditor Has Filed Lawsuit.  Debtor Disputes Amount Due. Amount is Taken From Creditor's Complaint. | Contingent Unliquidated Disputed | | | $5,000,000.00 |
| **Joel Coplowitz** 5901 Quiet Oak Lane Fort Lauderdale, FL 33312 | | Loan to Debtor | | | | $305,000.00 |
| **Michelle Kanov** PO Box 141984 Coral Gables, FL 33114 | | Loan to Debtor | | | | $60,000.00 |
| **Phil Baratz** 5920 SW 33rd Avenue Fort Lauderdale, FL 33312 | | Loan to Debtor | | | | $50,000.00 |
| **Seymour Kerzer** 1204 South Military Trail #3205 Deerfield Beach, FL 33442 | | Loan to Debtor | | | | $76,661.00 |
| **Stirling Financial LLC** 1801 South Perimiter Road Suite 130 Fort Lauderdale, FL 33309 | | Inventory, Receivables and Other Tangible and Intangible Assets | | $20,978,653.00 | Unknown | Unknown |

| Debtor | Nice Car, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **V. Anthony Ansaldi and Janet Ansaldi c/o Mark A. Goldstein, Esq. 1380 NE Miami Gardens Drive Suite 205 Miami, FL 33179** | | **Loan to Debtor - Creditors Have Filed Lawsuit. Debtor Disputes Amount Due. Amount is Taken From Creditor's Complaint.** | **Contingent Unliquidated Disputed** | | | **$1,319,571.64** |

Ben Karnefsky
9214 NW 81st Place
Tamarac, FL 33321


David Tepper
c/o John Agnetti, Esq.
909 North Miami Beach Blvd.
Suite 201
Miami, FL 33162-3712


David Tepper
5811 SW 36th Terrace
Fort Lauderdale, FL 33312


Israel Wolman
PO Box 3762
Hollywood, FL 33083


Israel Wolman
PO Box 3762
Hollywood, FL 33083


Joel Coplowitz
5901 Quiet Oak Lane
Fort Lauderdale, FL 33312


Mamish, LLC
4111 North 40th Avenue
Hollywood, FL 33023


Mamish, LLC
4111 North 40th Avenue
Hollywood, FL 33023


Michelle Kanov
PO Box 141984
Coral Gables, FL 33114


Phil Baratz
5920 SW 33rd Avenue
Fort Lauderdale, FL 33312


Seymour Kerzer
1204 South Military Trail #3205
Deerfield Beach, FL 33442

```
Stirling Financial LLC
1801 South Perimiter Road
Suite 130
Fort Lauderdale, FL 33309


Stirling Financial, LLC
C/O Robert Ascheim, Esq.
18851 NE 29th Ave # 1010
Aventura, FL 33180


V. Anthony Ansaldi and Janet Ansaldi
c/o Mark A. Goldstein, Esq.
1380 NE Miami Gardens Drive
Suite 205
Miami, FL 33179
```

**UNITED STATES BANKRUPTCY COURT**
Southern District of Florida
www.flsb.uscourts.gov

In Re:  
**Nice Car, Inc.**

Case Number  
Chapter **11**

_____ Debtor(s)   /

### DECLARATION UNDER PENALTY OF PERJURY TO ACCOMPANY PETITIONS, SCHEDULES, FILING FEE APPLICATIONS AND STATEMENTS FILED ELECTRONICALLY

*Note: This declaration must be filed with each electronically filed initial petition or amended petition and must contain the imaged signature of the debtor. This declaration must also be filed with an initial schedule, Application to Pay Filing Fee in Installments, Application for Waiver of the Chapter 7 Filing Fee, SFA, Statement of Social Security Number, or Statement of Current Monthly Income (OBF 22) not filed with the initial petition or any amended schedules, SFA, Statement of Social Security Number, and/or Statement of Current Monthly Income (OBF 22) unless these documents contain an imaged signature of the debtor(s).*

**Check all documents that apply to this declaration**

| | |
|---|---|
| ☐ Application by Individual Debtor to Pay Filing Fee in Installments | ☐ Application for Waiver of the Chapter 7 Filing Fee for Individuals Who Cannot Pay the Filing Fee in Full or in Installments |
| ☑ Voluntary petition signed by me on **April 24, 2017** | ☐ Amended voluntary petition signed by me on _____ |
| ☐ Schedules signed by me on _____ | ☐ Amended schedules signed by me on _____ |
| ☐ Statement of Financial Affairs signed by me on _____ | ☐ Amended Statement of Financial Affairs signed by me on _____ |
| ☐ Statement of Social Security Number(s) signed by me on _____ | ☐ Amended Statement of Social Security Number(s) signed by me on _____ |
| ☐ Statement of *Current Monthly Income (OBF 22)* signed by me on _____ | ☐ Amended Statement of *Current Monthly Income (OBF 22)* signed by me on _____ |

I, **Steven Kerzer**, the undersigned debtor(s) **hereby declare under penalty of perjury as follows:**

1. I have reviewed and signed the original(s) of the document(s) identified above and the information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

2. I understand that Verified Document(s) filed in electronic form shall be treated for all purposes (both civil and criminal, including penalties of perjury) in the same manner as though signed or subscribed.

3. I understand that the Verified Document(s) will be filed by my attorney in electronic form in connection with the above captioned case and that I have received and reviewed copies of the Verified Document(s) I have signed.

4. I understand that my attorney is required by the court to retain the original signed Verified Document(s) for five years from date of discharge, dismissal or the conclusion of any pending appeals in this case and provide these documents to the court upon request at any time.

_/s/ _____  
**Signature of Debtor**  
(If non individual, authorized corporate representative)

_____  
**Signature of Joint Debtor (if applicable)**

Steven Kerzer  
**Print or Type Name (and title if applicable)**

_____  
**Print Name**

Robert F. Reynolds 174823  
**Print or Type Name of Attorney for Debtor**

954.745.5880  
**Phone:**

LF-11 (rev. 03/06/12)  
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

## **CORPORATE RESOLUTION**

On the 21st day of April, 2017 the shareholders of Nice Car, Inc. (the "Shareholders"), having convened a meeting, and with all shareholders entitled to vote having been present, by telephone or in person, the following was resolved and approved:

1. Proper notice was given or, if it was not given, it was waived by all shareholders.

2. On April 21, 2007, the Shareholders approved, authorized and empowered management of Nice Car, Inc. (the "Company") to file a Chapter 11 bankruptcy case on behalf of the Company if such an action was deemed necessary by the management. The Shareholders approved, authorized and ratified the decision to file a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code on behalf of the Company in the United States Bankruptcy Court for the Southern District of Florida; and

2. The Shareholders approved the employment the law firm of Slatkin & Reynolds, P.A. as bankruptcy counsel to the Company, and further authorized management to employ Steven Silverman as accountant and Joseph P. Klapholz, P.A. as special counsel.

Nice Car, Inc.

By:_____
Steven Kerzer
100% Sole Shareholder