UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: NICE CAR, INC.                                      CASE NO.: 17-15001-RBR

                Debtor,
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE FOR SECURED CREDITOR STIRLING FINANCIAL, LLC

PLEASE TAKE NOTICE that the law firm of ASSOULINE & BERLOWE, P.A. hereby makes its appearance on behalf of Secured Creditor **STIRLING FINANCIAL, LLC** and directs that all notices, motions, orders, pleadings and papers in the above styled action be served on Eric N. Assouline, Esq. (ena@assoulineberlowe.com) of Assouline & Berlowe, P.A., 213 E. Sheridan Street, Suite 3, Dania Beach, Florida 33004; Telephone: (954) 929-1899; Facsimile: (954) 922-6662.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Dated: April 24, 2017          Respectfully submitted,

                                        **ASSOULINE & BERLOWE, P.A.**
                                        213 E. Sheridan Street, Suite 3
                                        Dania Beach, Florida 33004
                                        Telephone: (954) 929-1899
                                        Facsimile: (954) 922-6662
                                      By:/s/. Eric N. Assouline
                                        Eric N. Assouline (FBN 106143)
                                        ena@assoulineberlowe.com

                                        *Attorneys for Stirling Financial, LLC*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on April 24, 2017, I electronically filed the foregoing by using the CM/ECF system, and served all parties who receive such electronic service, including but not limited to the following:

**Robert F. Reynolds, Esq.**
**Slatkin & Reynolds, P.A.**
1 E Broward Blvd #609
Ft Lauderdale, FL 33301
(954) 745-5880
Fax : 954-745-5890
Email: rreynolds@slatkinreynolds.com
*ATTORNEY  FOR NICE CAR, INC.*

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
(305) 536-7285

                                                    By:*/s/. Eric N. Assouline*
                                                        Eric N. Assouline

2
**ASSOULINE & BERLOWE, P.A.**
213 E. Sheridan Street, Suite 3, Dania Beach, Florida 33004 • Telephone: (954) 929-1899 • Facsimile: (954) 922-6662