UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:                                                          Case No. 17-15001-BKC-RBR

NICE CAR, INC.,                                         Chapter 11

      Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Zach B. Shelomith, Esq. and the law firm of Leiderman Shelomith Alexander + Somodevilla, PLLC, pursuant to Fed. R. Bankr. P. 9010, hereby enters their appearance as counsel for interested party **STEVEN KERZER** (hereinafter, the "Association") with regard to all matters and proceedings in the above-captioned bankruptcy proceeding. Steven Kerzer hereby requests that all notices required to be given under Fed. R. Bankr. P. 2002 be given to him by due service upon his undersigned attorneys.

Dated: April 26, 2017

LEIDERMAN SHELOMITH ALEXANDER + SOMODEVILLA, PLLC
Counsel for Steven Kerzer
2699 Stirling Road, Suite C401
Ft. Lauderdale, Florida 33312
Telephone: (954) 920-5355
Facsimile: (954) 920-5371

By:_____/s/_____
    ZACH B. SHELOMITH
    Florida Bar No. 0122548
    zbs@lsaslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on April 26, 2017 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference).

By:_____/s/_____
    Zach B. Shelomith

_____
Leiderman Shelomith Alexander + Somodevilla, PLLC
Miami | Fort Lauderdale