**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**
www.flmb.uscourts.org

IN RE:                                                          CASE NO.: 17-15001-RBR
                                                                                          CHAPTER 11 PROCEEDING

NICE CAR, INC.

        Debtor,

_____/

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned counsel hereby enters his appearance on behalf of **ANTHONY ANSALDI and JANET ANSALDI**, creditor, and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned.

PLEASE TAKE NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telefax, or otherwise that (1) affects or seeks to affect in any way any rights or interests of any creditor or party-in-interest in this case, including **ANTHONY ANSALDI and JANET ANSALDI** with respect to: (a) the debtor; (b) property of the estate, or proceeds thereof, in which the debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment, or other conduct by **ANTHONY ANSALDI and JANET ANSALDI.**

CASE NO.: 17-15001-RBR

PLEASE TAKE NOTICE that **ANTHONY ANSALDI and JANET ANSALDI** intends that neither this Notice of Appearance, nor any later appearance, pleading, claim, or suit shall waive (1) **ANTHONY ANSALDI and JANET ANSALDI** rights to have final orders in noncore matters entered only after *de novo* review by a District Judge, (2) **ANTHONY ANSALDI and JANET ANSALDI** rights to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) **ANTHONY ANSALDI and JANET ANSALDI** rights to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, recoupments or remedies to which **ANTHONY ANSALDI and JANET ANSALDI** are or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies **ANTHONY ANSALDI and JANET ANSALDI** expressly reserve.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true and correct copy of the foregoing was served upon all parties on the service list as noted this 27th day April, 2017.

    Quintairos, Prieto, Wood & Boyer, P.A.
    Attorneys for **ANTHONY ANSALDI and JANET ANSALDI**
    One East Broward Blvd., Suite 1200
    Ft. Lauderdale, FL 33301
    Tel: (954) 523-7008 Fax: (954) 523-7009

    By: /s/ Arthur C. Neiwirth
        ARTHUR C. NEIWIRTH, ESQ.
        FBN: 0289061
        aneiwirth@qpwblaw.com

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
**One East Broward Blvd., Suite 1200, Fort Lauderdale, Florida 33301**

CASE NO.: 17-15001-RBR

## SERVICE LIST

**CM/ECF**

Arthur C. Neiwirth, Esq.  aneiwirthcourt@qpwblaw.com

Robert F. Reynolds, Esq.  rreynolds@slatkinreynolds.com

Office of the US Trustee  USTPRegion21.MM.ECF@usdoj.gov

Any other parties on the Clerk's CM/ECF service list

**U.S. First Class Mail:**

Nice Car, Inc.
5813 Funson Street
Hollywood, FL  33023