UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | CASE NO. 17-15001-RBR |
| | CHAPTER 11 |
| **NICE CAR, INC.,** | |
| Debtor. | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the Debtor-in-Possession's Application for Interim and Final Approval of Employment of Robert F. Reynolds and Slatkin & Reynolds, P.A. as Counsel for the Debtor-in-Possession *Nunc Pro Tunc* to April 24, 2017 [ECF 3], Notice of Hearing [ECF 10], Debtor's Emergency Motion for Entry of Interim and Final Order Authorizing Use of Cash Collateral [ECF 9], Notice of Hearing [ECF 11], Debtor's Emergency Motion for Order Granting (A) Authority to Maintain Bank Accounts and to Continue to Use Existing Business Forms and Checks, and (B) Waiver of Certain Deposit Guidelines Basis for Requested Emergency Hearing [ECF 14], Notice of Hearing [ECF 15], Debtor's Emergency Motion for Order (I) Authorizing Debtor to Pay (A) Certain Prepetition Employee Obligations; and (B) Prepetition Withholding Obligations, and (II) Directing Banks to Honor Related Prepetition Transfers [ECF 16], Debtor-in-Possession's Application for Approval of Employment of Steven Silverman, CPA as Accountant for the Debtor *Nunc Pro Tunc* to April 24, 2017 [ECF 18], Declaration of Steven Kerzer in Support of First Day Motions [ECF 17] and Case Management Summary [ECF 19] have been furnished via email and UPS Overnight to John B. Agnetti, Esq., john@hlalaw.com, 909 North Miami Beach Blvd., Suite 201, Miami, Florida 33162 and Mark A. Goldstein, Esq., markgoldsteinattorney@gmail.com, 1380 NE Miami Gardens Drive, Suite 205, Miami, Florida 33179 on the 26th day of April, 2017.

1

**SLATKIN & REYNOLDS, P.A.**
One East Broward Boulevard, Suite 609, Fort Lauderdale, Florida 33301 Telephone 954.745.5880

Dated this 27th day of April, 2017.

                              **SLATKIN & REYNOLDS, P.A.**
                              Attorneys for Debtor
                              One East Broward Boulevard, Suite 609
                              Fort Lauderdale, Florida 33301
                              Telephone 954.745.5880
                              Facsimile 954.745.5890
                              rreynolds@slatkinreynolds.com

                              By: /s/ Robert F. Reynolds
                                  ROBERT F. REYNOLDS
                                  Fla. Bar No. 174823