UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

Nice Car, Inc.                                              Case No. 17-15001-RBR
                                                            Chapter 11
    Debtor.
_____/

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF ALL NOTICES AND PAPERS**

PLEASE TAKE NOTICE that the undersigned appears for David Tepper ("Creditor"), and pursuant to Rule 2002 of the Bankruptcy Rules and § 1109(b) of the Bankruptcy Code, requests that all notice given or required to be given in this case and all papers served in this case be given to and served upon:

**Morgan B. Edelboim, Esq.
BAST AMRON LLP**
SunTrust International Center
One Southeast Third Avenue, Suite 1400
Miami, Florida 33131
Telephone: (305) 379-7904
Facsimile: (305) 379-7905
Email: medelboim@bastamron.com

PLEASE TAKE FURTHER NOTICE that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes, without limitation, orders and notice of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, e-mail, telex or otherwise, which affects the Debtor or the property of the Debtor.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) the Creditors' rights to have final orders in non-core matters entered only after *de novo* review by a district court judge (ii) the Creditors' rights to a jury trial in any

proceeding so triable herein, or in any case, controversy, or proceeding related hereto; (iii) the Creditors' rights to have the reference withdrawn by the district court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, defenses, setoffs, or recoupments to which the Creditors may be entitled to under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: April 28, 2017

> Respectfully submitted,
>
> **BAST AMRON LLP**
> *Attorneys for David Tepper*
> SunTrust International Center
> One Southeast Third Avenue
> Suite 1400
> Miami, Florida 33131
> Telephone: (305) 379-7904
> Facsimile: (305) 379-7905
> Email: medelboim@bastamron.com
>
> By: */s/ Morgan B. Edelboim*
>      Morgan B. Edelboim, Esq. (FBN 040955)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF and/or via U.S. Mail on the parties listed on the attached service list on this the April 28, 2017.

> By:  */s/ Morgan B. Edelboim*
>        Morgan B. Edelboim

## SERVICE LIST

### Via CM/ECF

- Eric N Assouline     ena@assoulineberlowe.com, ah@assoulineberlowe.com
- Arthur C. Neiwirth     aneiwirthcourt@qpwblaw.com
- Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov
- Robert F. Reynolds     rreynolds@slatkinreynolds.com, imalcolm@slatkinreynolds.com
- Zach B Shelomith     zbs@lsaslaw.com, fpd@lsaslaw.com;jz@lsaslaw.com;aj@lsaslaw.com;info@lsaslaw.com;zshelomith@ecf.inforuptcy.com

### Via U.S. Mail

Steven Silverman
9580 NW 13 St
Plantation, FL 33322